**Order entered July 20, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00067-CV**

**JEANETTE ENGLER AND RICHARD LICHDEAN, Appellants**

**V.**

**THE RITZ-CARLTON HOTEL COMPANY, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17624**

**ORDER**

Before the Court is appellee's July 19, 2022 unopposed second motion to extend time to file its brief. Appellee seeks a fourteen-day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than August 4, 2022.

/s/    KEN MOLBERG
       JUSTICE